# 3:CV00-1497

CLOSED SEALED

U.S. District Court
U.S. District Court of Eastern Pennsylvania (Philadelphia)

CRIMINAL DOCKET FOR CASE #: 92-CR-486-2

FILED
Filed: 08/26/92
AUG 2 2 2000
PER ______ DEPUTY CLERK

USA v. DEMARCO, et al
Case Assigned to: JUDGE STEWART DALZELL
Dkt# in other court: None

JOSEPH BIELAWSKI
a/k/a
NEW YORK JOE
DEFENDANT
[term 01/21/94]

DENNIS J. COGAN
[term 01/21/94]
[COR LD NTC ret]
DENNIS J. COGAN & ASSOCIATES
2128 LOCUST STREET
PHILA, PA 19103-4822
USA

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6/23/00
ATTEST: ______
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH BIELAWSKI
#46373-066
[COR LD NTC pse] [PRO SE]
F.D.C. PHILADELPHIA
P.O. BOX 562 UNIT 3N
PHILA, PA 19105

Received
~~FILED~~
SCRANTON
AUG 21 2000
PER ______ DEPUTY CLERK

| Pending Counts: | Disposition |
|---|---|
| 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE. (1s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (1s) |
| 21:843 UNLAWFUL USE OF COMMUNICATION FACILITY. (CRIMINAL FORFEITURE COUNTS 66 & 68. (4s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (4s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (5s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (5s) |

| | |
|---|---|
| 21:843 UNLAWFUL USE OF COMMUNICATION FACILITY. (CRIMINAL FORFEITURE COUNTS 66 & 68. (7s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (7s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (9s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (9s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (13s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (13s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (17s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (17s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (21s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (21s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (25s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (25s) |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | |
|---|---|
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (29s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (29s) |
| 21:843 UNLAWFUL USE OF COMMUNICATION FACILITY. (CRIMINAL FORFEITURE COUNTS 66 & 68. (32s - 33s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (32s - 33s) |
| 21:841 POSSESSION WITH INTENT TO DISTRIBUTE COCAINE, 18:2 AIDING AND ABETTING. (34s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (34s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (36s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (36s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (39s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (39s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (42s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (42s) |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | |
|---|---|
| 21:843 UNLAWFUL USE OF COMMUNICATION FACILITY. (CRIMINAL FORFEITURE COUNTS 66 & 68. (44s) | |
| 21:846 ATTEMPT TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE, 18:2 AIDING AND ABETTING. (46s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (46s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (48s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (48s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (50s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (50s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (52s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (52s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (55s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (55s) |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | |
|---|---|
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (58s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (58s) |
| 21:843 UNLAWFUL USE OF COMMUNICATION FACILITY. (CRIMINAL FORFEITURE COUNTS 66 & 68. (60s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (60s) |
| 21:841 DISTRIBUTION OF COCAINE, 18:2 AIDING AND ABETTING. (61s) | IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 (61s) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 21:846 CONSPIRACY (1) | DISMISSED ON GOVT'S MOTION (1) |
| 21:843(b) UNLAWFUL USE OF COMMUNICATION FACILITY (4) | DISMISSED ON GOVT'S MOTION (4) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (5) | DISMISSED ON GOVT'S MOTION (5) |
| 21:843(b) UNLAWFUL USE OF COMMUNICATION FACILITY (7) | DISMISSED ON GOVT'S MOTION (7) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (9) | DISMISSED ON GOVT'S MOTION (9) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE | DISMISSED ON GOVT'S MOTION (13) |

| | |
|---|---|
| (13) | |
| 21:843(b) UNLAWFUL USE OF COMMUNICATION FACILITY (16) | DISMISSED ON GOVT'S MOTION (16) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (17) | DISMISSED ON GOVT'S MOTION (17) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (21) | DISMISSED ON GOVT'S MOTION (21) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (25) | DISMISSED ON GOVT'S MOTION (25) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (29) | DISMISSED ON GOVT'S MOTION (29) |
| 21:843(b) UNLAWFUL USE OF COMMUNICATION FACILITY (32 - 33) | DISMISSED ON GOVT'S MOTION (32 - 33) |
| 21:841(b)(1)(B)(ii) POSSESSION WITH INTENT TO DISTRIBUTE; 18:2 AIDING AND ABETTING; 21:853(a)(2); 21:853(b)(1); 21:853(c), COUNT (S) 66; 21:853(a)(1) & (2) & (p); COUNT (S) 68; CRIMINAL FORFEITURE (34) | DISMISSED ON GOVT'S MOTION (34) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (36) | DISMISSED ON GOVT'S MOTION (36) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (42) | DISMISSED ON GOVT'S MOTION (42) |
| 21:843(b) UNLAWFUL USE OF COMMUNICATION FACILITY (44) | DISMISSED ON GOVT'S MOTION (44) |
| 21:846 ATTEMPT TO DISTRIBUTE COCAINE; 18:2 AIDING AND ABETTING (46) | DISMISSED ON GOVT'S MOTION (46) |
| 21:841(a)(1) DISTRIBUTION OF | DISMISSED ON GOVT'S MOTION |

| | |
|---|---|
| COCAINE (48) | (48) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (50) | DISMISSED ON GOVT'S MOTION (50) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (52) | DISMISSED ON GOVT'S MOTION (52) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (55) | DISMISSED ON GOVT'S MOTION (55) |
| 21:841(a)(1) DISTRIBUTION OF COCAINE (58) | DISMISSED ON GOVT'S MOTION (58) |
| 21:843(b) UNLAWFUL USE OF COMMUNICATION FACILITY (60) | DISMISSED ON GOVT'S MOTION (60) |
| 21:841(b)(1)(B)(ii) POSSESSION WITH INTENT TO DISTRIBUTE; 18:2 AIDING AND ABETTING; 21:853(a)(2); 21:853(b)(1); 21:853(c), COUNT (S) 66; 21:853(a)(1) & (2) & (p); COUNT (S) 68; CRIMINAL FORFEITURE (61) | DISMISSED ON GOVT'S MOTION (61) |

Offense Level (disposition): 4

Complaints:

NONE

U. S. Attorneys:

EWALD ZITTLAU
FAX 215-861-8618
[COR LD NTC]
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILA, PA 19106-4476
USA

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

TEL 215-861-8263

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | | |
|---|---|---|
| 8/26/92 | 1 | SEALED INDICTMENT as to DAVID DEMARCO (1) count(s) 1, 46, 2-4, 7-8, 11-12, 15-16, 19-20, 23-24, 31-33, 35, 38, 49, 51, 57, 34, 61, 5, 9, 13, 17, 21, 25, 29, 36, 39, 42, 48, 50, 52, 55, 58, 63, JOSEPH BIELAWSKI (2) count(s) 1, 46, 4, 7, 16, 32-33, 44, 60, 5, 9, 13, 17, 21, 25, 29, 36, 42, 48, 50, 52, 55, 58, 34, 61, MICHAEL MARKERT (3) count(s) 1, 3, 7, 12, 20, 24, 28, 41, 5, 9, 13, 17, 21, 25, 29, 36, 42, 48, 50, 52, 55, 58, 34, 61, CAROL WILSON (4) count(s) 1, 46, 27, 54, MELINDA LONEGRAN (5) count(s) 1, 27, RALPH GRAZIANO (6) count(s) 1, 47, 44, CHRISTOPHER GRAZIANO (7) count(s) 1, 47, 45, 60, 62, WILLIAM J. FRIEND (8) count(s) 1, 23, 35, 26, 37, SHIMONE HAIM (9) count(s) 1, 2, 11, 49, 6, 14, RAYMOND HATCHER (10) count(s) 1, 8, 10, RONALD REEVES (11) count(s) 1, 8, 10, STEPHEN BONETTI (12) count(s) 1, 15, 28, 18, 30, GARY BOVE (13) count(s) 1, 19, 57, 22, DIANNE STAMPLER (14) count(s) 1, 38, 40, GEORGE EHLY (15) count(s) 1, 43, GARY LNU (16) count(s) 1, 41, ED WILSON (17) count(s) 1, 51, 53, TIMOTHY BIELAWSKI (18) count(s) 1, 54, 56, JOSEPH HOBSON (19) count(s) 1, 59 (lm) [Entry date 01/14/93] [Edit date 01/15/93] |
| 8/26/92 | 2 | MOTION and ORDER Sealing Indictment ( Signed by MAGISTRATE JUDGE JAMES R. MELINSON ) (lm) [Entry date 01/14/93] |
| 8/26/92 | 4 | MOTION and ORDER for Bench Warrant as to JOSEPH BIELAWSKI ( Signed by MAGISTRATE JUDGE JAMES R. MELINSON ) (lm) [Entry date 01/14/93] |
| 1/13/93 | 22 | Letter from AUSA Unsealing Indictment as to DAVID DEMARCO, JOSEPH BIELAWSKI, MICHAEL MARKERT, CAROL WILSON, MELINDA LONEGRAN, RALPH GRAZIANO, CHRISTOPHER GRAZIANO, WILLIAM J. FRIEND, SHIMONE HAIM, RAYMOND HATCHER, RONALD REEVES, STEPHEN BONETTI, GARY BOVE, DIANNE STAMPLER, GEORGE EHLY, GARY LNU, ED WILSON, TIMOTHY BIELAWSKI, JOSEPH HOBSON (lm) [Entry date 01/14/93] |
| 1/13/93 | -- | Indictment unsealed as to DAVID DEMARCO, JOSEPH BIELAWSKI, MICHAEL MARKERT, CAROL WILSON, MELINDA LONEGRAN, RALPH GRAZIANO, CHRISTOPHER GRAZIANO, WILLIAM J. FRIEND, SHIMONE HAIM, RAYMOND HATCHER, RONALD REEVES, STEPHEN BONETTI, GARY BOVE, DIANNE STAMPLER, GEORGE EHLY, GARY LNU, ED WILSON, TIMOTHY BIELAWSKI, JOSEPH HOBSON (lm) [Entry date 01/14/93] |
| 1/13/93 | -- | Arraignment as to JOSEPH BIELAWSKI HELD count(s) 1, 46, 4, 7, 16, 32-33, 44, 60, 5, 9, 13, 17, 21, 25, 29, 36, 42, 48, 50, 52, 55, 58, 34, 61 and 66(forfeiture), 68(forfeiture) (jh) [Entry date 01/25/93] |
| 1/14/93 | 24 | Bench WARRANT Returned Executed as to JOSEPH BIELAWSKI on 1/13/93 (jh) [Entry date 01/15/93] |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | | |
|---|---|---|
| 1/15/93 | 39 | ORDER FOR SPECIAL LISTING OF TRIAL; SETTING JURY TRIAL FOR 10:00 A.M., 2/16/93 FOR ALL DEFENDANTS ; ( SIGNED BY JUDGE STEWART DALZELL ), 1/15/93 ENTERED (jh) [Entry date 01/15/93] |
| 1/19/93 | 41 | AMENDED ORDER FOR SPECIAL LISTING OF TRIAL: SETTING JURY TRIAL FOR 10:00 A.M., 2/16/93 FOR ALL DEFTS. ; ( SIGNED BY JUDGE STEWART DALZELL ), 1/20/93 ENTERED. (jh) [Entry date 01/20/93] |
| 1/19/93 | -- | Bond hearing as to JOSEPH BIELAWSKI HELD (jh) [Entry date 01/20/93] |
| 1/20/93 | 45 | Minute entry as to JOSEPH BIELAWSKI dated 1/19/93: No bail is set.; deft. detained pending trial (jh) [Entry date 01/20/93] |
| 1/20/93 | 46 | MOTION BY USA AS TO JOSEPH BIELAWSKI FOR DETENTION HEARING AND PRETRIAL DETENTION, CERT. OF SERVICE (jh) [Entry date 01/20/93] |
| 1/20/93 | 47 | ORDER DATED 1/19/93 GRANTING [46-1] MOTION FOR DETENTION HEARING AND PRETRIAL DETENTION AS TO JOSEPH BIELAWSKI (2) ( Signed by MAGISTRATE JUDGE EDWIN E. NAYTHONS ), 1/20/93 entered and copies mailed. (jh) [Entry date 01/20/93] |
| 1/21/93 | 66 | PETITION BY JOSEPH BIELAWSKI FOR RECONSIDERATION OF [47-1] DETENTION ORDER PURSUANT TO 18:3142(f), Cert. of Service. (jh) [Entry date 01/21/93] |
| 1/22/93 | 78 | PLEA of 1/13/93 entered by JOSEPH BIELAWSKI . Court accepts plea. NOT GUILTY: count(s) 1, 46, 4, 7, 16, 32-33, 44, 60, 5, 9, 13, 17, 21, 25, 29, 36, 42, 48, 50, 55, 58, 34, 61 and 66(forfeiture), 68(forfeiture) (RAP) (jh) [Entry date 01/25/93] |
| 1/22/93 | 79 | ORDER DATED 1/13/93 AS TO JOSEPH BIELAWSKI, SETTING DETENTION HEARING FOR 1:30 P.M., 1/19/93 FOR JOSEPH BIELAWSKI ( Signed by MAGISTRATE JUDGE RICHARD A. POWERS III ), 1/25/93 entered (jh) [Entry date 01/25/93] |
| 1/22/93 | 80 | NOTICE of Appearance for JOSEPH BIELAWSKI by Attorney DENNIS J. COGAN (jh) [Entry date 01/25/93] |
| 1/22/93 | 81 | MOTION BY JOSEPH BIELAWSKI TO EXTEND TIME TO FILE PRETRIAL MOTIONS, CERT. OF SERVICE. (jh) [Entry date 01/25/93] |
| 1/22/93 | 82 | MOTION BY JOSEPH BIELAWSKI FOR DISCOVERY, MEMORANDUM, CERT. OF SERVICE. (jh) [Entry date 01/25/93] |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | | |
|---|---|---|
| 1/22/93 | 123 | ORDER FOR SPECIAL LISTING OF TRIAL; SETTING JURY TRIAL FOR 10:00 A.M., 2/16/93 FOR ALL DEFTS. ( SIGNED BY JUDGE STEWART DALZELL ), 1/25/93 ENTERED (jh) [Entry date 01/25/93] |
| 1/27/93 | 139 | MOTION BY JOSEPH BIELAWSKI FOR CONTINUANCE OF TRIAL DUE TO 18:3161(h)(8), CERT. OF SERVICE. (jh) [Entry date 01/28/93] |
| 2/1/93 | 162 | ORDER THAT COUNSEL SHALL APPEAR FOR A,MOTION HEARING set for 2:00 2/4/93 for JOSEPH BIELAWSKI for [66-1] MOTION FOR RECONSIDERATION OF [47-1] DETENTION ORDER ( Signed by MAGISTRATE NAYTHONS), 2/2/93 entered and copies mailed. (rs) [Entry date 02/02/93] |
| 2/3/93 | 167 | MOTION BY USA AS TO JOSEPH BIELAWSKI FOR ORDER TO PERMIT FILING OF NOTICE OF LIS PENDENS, MEMORANDUM, CERT. OF SERVICE. (jh) [Entry date 02/04/93] |
| 2/3/93 | 169 | MOTION BY USA AS TO ALL DEFTS. TO ADMIT TAPE RECORDINGS, MEMORANDUM, CERT. OF SERVICE. (jh) [Entry date 02/04/93] |
| 2/5/93 | 172 | AMENDED ORDER FOR SPECIAL LISTING OF TRIAL AS TO ALL DEFTS.; SETTING JURY TRIAL FOR 10:00 A.M., 5/24/93, ( SIGNED BY JUDGE STEWART DALZELL ), 2/5/93 ENTERED AND COPIES MAILED. (jh) [Entry date 02/05/93] |
| 2/5/93 | 174 | Minute entry dated 2/4/93 : Judge enlarges time for filing of pretrial motions to 3/15/93; Judge sets status hearing for 3/15/93 at 4:30 P.M.; Govt.will file motion to have case categorized as complex to that speedy trial act can be tolled; Trial date is set for 5/24/93 at 10:00 A.M. (jh) [Entry date 02/05/93] |
| 2/5/93 | 176 | ORDER GRANTING [139-1] MOTION FOR CONTINUANCE OF TRIAL DUE TO 18:3161(h)(8) as to JOSEPH BIELAWSKI (2), DENYING [82-1] MOTION FOR DISCOVERY as to JOSEPH BIELAWSKI (2), GRANTING [81-1] MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS as to JOSEPH BIELAWSKI (2) ALL IN ACCORDANCE WITH MASTER PRETRIAL ORDER NO. 1. ( Signed by JUDGE STEWART DALZELL ), 2/8/93 entered and copies mailed. (jh) [Entry date 02/08/93] |
| 2/5/93 | 180 | MASTER PRETRIAL ORDER NO. 1 as to DAVID DEMARCO, JOSEPH BIELAWSKI, MICHAEL MARKERT, CAROL BIELAWSKI, MELINDA LONEGRAN, RALPH GRAZIANO, CHRISTOPHER GRAZIANO, WILLIAM J. FRIEND, SHIMONE HAIM, RAYMOND HATCHER, RONALD REEVES, STEPHEN BONETTI, GARY BOVE, DIANNE STAMPLER, GEORGE EHLY, GARY LNU, ED WILSON, TIMOTHY BIELAWSKI, JOSEPH JOHN HILLGRUBE THAT ALL PENDING DISCOVERY MOTIONS ARE DENIED AS MOOT, AND ALL MOTION TO ENLARGE THE TIME FOR FILING PRETRIAL MOTIONS ARE GRANTED TO 3/15/93, NEXT STATUS CONFERENCE SHALL BE HELD ON 3/15/93 AT 4:30 p.m., ETC. ( Signed by JUDGE STEWART DALZELL ), 2/8/93 entered and copies mailed. (rs) [Entry date 02/08/93] [Edit date 02/08/93] |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | | |
|---|---|---|
| 2/8/93 | 182 | ORDER GRANTING [168-1] GOVT'S MOTION FOR ORDER TO PERMIT FILING OF NOTICE OF LIS PENDENS as to DAVID DEMARCO (1) ( Signed by JUDGE STEWART DALZELL ), 2/8/93 entered and copies mailed. (rs) [Entry date 02/08/93] |
| 2/8/93 | 183 | ORDER GRANTING [167-1] GOVT'S MOTION FOR ORDER TO PERMIT FILING OF NOTICE OF LIS PENDENS as to JOSEPH BIELAWSKI (2) ( Signed by JUDGE STEWART DALZELL ), 2/8/93 entered and copies mailed. (rs) [Entry date 02/08/93] |
| 2/8/93 | 194 | MOTION BY USA FOR CONTINUANCE DUE TO 18:3161(h)(8)(A) AND TO HAVE CAPTIONED CASE DECLARED COMPLEX, CERT. OF SERVICE. (jh) [Entry date 02/09/93] |
| 2/8/93 | 195 | Govt's Supplement to Govt's Motion to Admit Tape Recordings, Cert. of Service. (jh) [Entry date 02/09/93] |
| 2/16/93 | 200 | NOTICE of LIS PENDENS by USA as to JOSEPH BIELAWSKI RE: 2835 AGATE STREET, PHILA., PA. (jh) [Entry date 02/16/93] |
| 2/18/93 | 205 | MASTER PRETRIAL ORDER NO. 2 AS TO ALL DEFTS., GRANTING [194-1] MOTION FOR CONTINUANCE DUE TO 18:3161(h)(8)(A) AND TO HAVE CAPTIONED CASE DECLARED COMPLEX. CASE IS CONTINUED BEYOND THE TIME LIMITS ESTABLISHED BY THE SPEEDY TRIAL ACT AND TRIAL SHALL COMMENCE AT 10:00 A.M. ON 5/24/93. ( Signed by JUDGE STEWART DALZELL ), 2/19/93 entered and copies mailed. (jh) [Entry date 02/19/93] |
| 3/4/93 | 210 | ORDER FOR SPECIAL LISTING OF TRIAL AS TO ALL DEFTS.: SETTING JURY TRIAL FOR 10:00 A.M., 5/24/93 ( SIGNED BY JUDGE STEWART DALZELL ), 3/4/93 ENTERED. (jh) [Entry date 03/04/93] |
| 3/15/93 | 219 | AMENDED ORDER DATED 3/4/93 FOR SPECIAL LISTING OF TRIAL AS TO ALL DEFTS; SETTING JURY TRIAL FOR 10:00 5/24/93; ( SIGNED BY JUDGE STEWART DALZELL ), 3/16/93 ENTERED. (rs) [Entry date 03/16/93] |
| 3/16/93 | 221 | Minute entry dated 3/15/93 as to all Defts. re: motions hearing. Judge sets 3/31/93 as the date for the govt. to report as to which defts. are going to trial. Judge sets status hearing for 4/26/93 at 4:30 P.M.. Defense counsel have until that date to make their challenges to govt's motion for admission of tape recordings. Court grants Mr. Saafir's motion for extension of time to file pretrial motions-time extended until 3/29/93. Govt. discloses tha they will file a superseding indictment in this case.. Trial date remains set for 5/24/93 at 10:00 A.M. (jh) [Entry date 03/16/93] |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | | |
|---|---|---|
| 3/16/93 | 225 | ORDER DATED 3/15/93 AS TO JOSEPH BIELAWSKI THAT THE ORDER OF PRETRIAL DETENTION IS VACATED AND DEFT. IS RELEASED ON THE CONDITION THAT HE AND HIS WIFE ERXECUTE A $100,000 BAIL BOND AND POST THE REAL PROPERTY LOCATED AT 2835 AGATE ST., PHILA., PA. AS SECURITY FOR THE BAIL. ( Signed by MAGISTRATE JUDGE EDWIN E. NAYTHONS ), 3/17/93 entered and copies mailed. (jh) [Entry date 03/17/93] |
| 3/17/93 | 228 | AMENDED ORDER DATED 3/17/93 AS TO JOSEPH BIELAWSKI THAT THE ORDER OF PRERTRIAL DETENTION IS VACATED AND THE DEFT. IS RELEASED ON THE CONDITIONS THAT HE AND HIS WIFE EXECUTE A $100,000 BAIL BOND AND POST THE REAL PROPERTY LOCATED AT 2835 AGATE ST., PHILA., PA. AS SECURITY FOR THE BAIL. THE POSTING OF THE DEED TO THE PROPERTY WILL BE SUFFICIENT AND A BAIL CERTIFICATE IS WAIVED. ( Signed by MAGISTRATE JUDGE EDWIN E. NAYTHONS ), 3/18/93 entered and copies mailed. (jh) [Entry date 03/18/93] |
| 3/17/93 | -- | REAL ESTATE SURETY BOND entered by JOSEPH BIELAWSKI in Amount $ 100,000.00 (jh) [Entry date 03/18/93] |
| 3/17/93 | 229 | MASTER PRETRIAL ORDER NO. 3 DATED 3/16/93 TO ALL DEFTS: THE GOVT. SHALL ADVISE THE COURT BY 3/31/93 AS TO THE IDENTITY OF ALL DEFTS. WHO WILL BE PROPOSING TO CHANGE THEIR PLEAS. AS TO DEFTS. WHO ARE NOT IDENTIFIED, A HEARING SHALL BE HELD AT 9:30 A.M., 4/26/93 TO CONSIDER ALL MOTIONS PENDING AT THAT TIME. ALL PENDING MOTIONS ARE DEFERRED TO THE LATER OF 3/31/93 OR THE HEARING OF 4/26/93. ( Signed by JUDGE STEWART DALZELL ), 3/18/93 entered and copies mailed. (jh) [Entry date 03/18/93] |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

3/24/93 236 SUPERSEDING INDICTMENT as to DAVID DEMARCO (1) count(s) 1s, 2s-4s, 5s, 7s-8s, 9s, 11s-12s, 13s, 15s-16s, 17s, 19s-20s, 21s, 23s-24s, 25s, 29s, 31s-33s, 34s, 35s, 36s, 38s, 39s, 42s, 46s, 48s, 49s, 50s, 51s, 52s, 55s, 57s, 58s, 61s, 63s, JOSEPH BIELAWSKI (2) count(s) 1s, 4s, 5s, 7s, 9s, 13s, 17s, 21s, 25s, 29s, 32s-33s, 34s, 36s, 39s, 42s, 44s, 46s, 48s, 50s, 52s, 55s, 58s, 60s, 61s, MICHAEL MARKERT (3) count(s) 1s, 3s, 5s, 7s, 9s, 12s, 13s, 16s, 17s, 20s, 21s, 24s, 25s, 28s, 29s, 34s, 36s, 39s, 41s, 42s, 48s, 50s, 52s, 55s, 58s, 61s, CAROL BIELAWSKI (4) count(s) 1s, 27s, 45s, 46s, 54s, MELINDA LONEGRAN (5) count(s) 1s, 27s, RALPH GRAZIANO (6) count(s) 1s, 44s, 47s, CHRISTOPHER GRAZIANO (7) count(s) 1s, 45s, 47s, 60s, 62s, WILLIAM J. FRIEND (8) count(s) 1s, 23s, 26s, 35s, 37s, SHIMONE HAIM (9) count(s) 1s, 2s, 6s, 11s, 14s, 49s, RAYMOND HATCHER (10) count(s) 1s, 8s, 10s, RONALD REEVES (11) count(s) 1s, 8s, 10s, STEPHEN BONETTI (12) count(s) 1s, 15s, 18s, 28s, 30s, GARY BOVE (13) count(s) 1s, 2s, 19s, DIANE STAMPER (14) count(s) 1s, 38s, 40s, GEORGE EHLY (15) count(s) 1s, 43s, GARY LNU (16) count(s) 1s, 41s, 43s, ED WILSON (17) count(s) 1s, 51s, 53s, TIMOTHY BIELAWSKI (18) count(s) 1s, 54s, 56s, JOSEPH JOHN HILLGRUBE (19) count(s) 1s, 57s, 59s, KENNETH SPECTOR (20) count(s) 1, 69, 70, RAYMOND FERRETTI (21) count(s) 1, 71, 72, GEORGE HERNANDEZ (22) count(s) 1, 73, JOHN DONAHUE (23) count(s) 1, 74, BRIAN BOYLE (24) count(s) 1, 75, 76, WILLIAM DEMARCO (25) count(s) 1, 77, 78, JOHN PAUL KAPLAFKA (26) count(s) 1, 79, 80, THOMAS GRADY (27) count(s) 1, 81, ALISTAIR HAINEY (28) count(s) 1, 82, 83, STEPHEN MCDONALD (29) count(s) 1, 84, BENJAMIN GALLAGHER (30) count(s) 1, 82, FRANCIS MCGOVERN (31) count(s) 1, 85, PATRICK J. HOPKINS (32) count(s) 1, 86 (lm) [Entry date 04/14/93]

3/24/93 237 MOTION and ORDER Sealing the Superseding Indictment as to All Defts. ( Signed by MAGISTRATE JUDGE WILLIAM F. HALL JR. ) (lm) [Entry date 04/14/93]

4/14/93 257 Letter from AUSA Unsealing the Superseding Indictment as to all Defts. (rs) [Entry date 04/15/93]

4/14/93 258 MOTION by USA as to DAVID DEMARCO, JOSEPH BIELAWSKI, MICHAEL MARKERT, CAROL BIELAWSKI, MELINDA LONEGRAN, RALPH GRAZIANO, CHRISTOPHER GRAZIANO, WILLIAM J. FRIEND, SHIMONE HAIM, RAYMOND HATCHER, RONALD REEVES, STEPHEN BONETTI, GARY BOVE, DIANE STAMPER, GEORGE EHLY, GARY FRANCIS PETNER, ED WILSON, TIMOTHY BIELAWSKI, JOSEPH JOHN HILLGRUBE TO DISMISS THE INDICTMENT FILED 8/26/92. (rs) [Entry date 04/15/93]

| | | |
|---|---|---|
| 4/19/93 | 316 | ORDER GRANTING [258-1] MOTION TO DISMISS THE INDICTMENT FILED 8/26/92 as to DAVID DEMARCO (1), JOSEPH BIELAWSKI (2), MICHAEL MARKERT (3), CAROL BIELAWSKI (4), MELINDA LONEGRAN (5), RALPH GRAZIANO (6), CHRISTOPHER GRAZIANO (7), WILLIAM J. FRIEND (8), SHIMONE HAIM (9), RAYMOND HATCHER (10), RONALD REEVES (11), STEPHEN BONETTI (12), GARY BOVE (13), DIANE STAMPER (14), GEORGE EHLY (15), GARY FRANCIS PETNER (16), ED WILSON (17), TIMOTHY BIELAWSKI (18), JOSEPH JOHN HILLGRUBE (19) ( Signed by JUDGE STEWART DALZELL ), 4/20/93 entered and copies mailed. (rs) [Entry date 04/20/93] |
| 4/19/93 | -- | DISMISSAL of Count(s) on Government Motion as to JOSEPH BIELAWSKI: Counts Dismissed: JOSEPH BIELAWSKI (2) count(s) 1, 4, 5, 7, 9, 13, 16, 17, 21, 25, 29, 32-33, 34, 36, 42, 44, 46, 48, 39s, 52, 55, 58, 60, 61 (rs) [Entry date 04/20/93] |
| 4/21/93 | 336 | AMENDED ORDER DATED 4/21/93 FOR SPECIAL LISTING OF TRIAL AS TO ALL DEFTS.; SETTING JURY TRIAL FOR 10:00 A.M., 5/24/93 (SIGNED BY JUDGE STEWART DALZELL ), 4/22/93 ENTERED. (jh) [Entry date 04/22/93] |
| 4/26/93 | -- | Arraignment as to JOSEPH BIELAWSKI HELD count(s) 1s, 5s, 9s, 13s, 17s, 21s, 25s, 29s, 36s, 39s, 42s, 48s, 50s, 52s, 55s, 58s, 61s, 34s, 46s, 4s, 7s, 32s-33s, 44s, 60s, 66s(forfeiture), 68s(forfeiture) (jh) [Entry date 04/27/93] |
| 4/26/93 | 345 | PLEA of 4/26/93 entered by JOSEPH BIELAWSKI . Court accepts plea. GUILTY: count(s) 1s, 4s, 5s, 7s, 9s, 13s, 17s, 21s, 25s, 29s, 32s-33s, 34s, 36s, 39s, 42s, 44s, 46s, 48s, 50s, 52s, 55s, 58s, 60s, 61s, 66(forfeiture), 68(forfeiture); Presentence Report is Ordered; Sentencing set for 8/5/93 at 9:30 A.M. (jh) [Entry date 04/27/93] |
| 4/26/93 | 346 | ORDER DATED 4/15/93 AS TO JOSEPH BIELAWSKI THAT DEFT. IS DIRECTED TO REPORT TO THE U.S.MARSHAL SERVICE NO LATER THAN 12:00 P.M. ON 6/7/93. ( Signed by JUDGE STEWART DALZELL ), 4/27/93 ENTERED. (jh) [Entry date 04/27/93] |

| | | |
|---|---|---|
| 5/10/93 | 384 | Guilty Plea Agreement as to JOSEPH BIELAWSKI (jh) [Entry date 05/11/93] |
| 5/27/93 | 448 | MOTION BY USA AS TO DAVID DEMARCO, JOSEPH BIELAWSKI, MICHAEL MARKERT, RONALD REEVES, STEPHEN BONETTI, GARY BOVE, STEPHEN MCDONALD FOR CONTINUANCE OF BAIL UNTIL SENTENCING, CERT. OF SERVICE (jh) [Entry date 05/28/93] |
| 6/2/93 | 449 | ORDER DATED 6/1/93 AS TO DAVID DEMARCO, JOSEPH BIELAWSKI, MICHAEL MARKERT, RONALD REEVES, STEPHEN BONETTI, GARY BOVE, STEPHEN MCDONALD GRANTING [447-1] MOTION TO EXTEND TIME TO TO THE U.S. MARSHALS' SERVICE AS TO STEPHEN BONETTI (12), GRANTING [448-1] GOVT'S MOTION FOR CONTINUANCE OF BAIL UNTIL SENTENCING. ( Signed by JUDGE STEWART DALZELL ), 6/2/93 entered and copies mailed. (rs) [Entry date 06/02/93] |
| 7/23/93 | 479 | ORDER DATED 7/22/93 THAT THE MOTION TO TEMPORARILY MODIFY TRAVEL RESTRICTIONS IS GRANTED, AND DEFTS ARE ALLOWED TO TRAVEL TO DISNEY WORLD IN ORLANDO, FLORIDA FROM 8/8/93 THROUGH 8/14/93 AS TO JOSEPH BIELAWSKI, CAROL BIELAWSKI. ( Signed by JUDGE STEWART DALZELL ), 7/23/93 entered and copies mailed. (rs) [Entry date 07/23/93] |
| 7/23/93 | 480 | MOTION BY JOSEPH BIELAWSKI, CAROL BIELAWSKI TO MODIFY TRAVEL RESTRICTIONS, CERT. OF SERVICE. (rs) [Entry date 07/23/93] |
| 9/23/93 | 540 | ORDER DATED 9/23/93 AS TO JOSEPH BIELAWSKI THAT THE PROBATION OFFICE MAKE APPROPRIATE ARRANGEMENTS FOR THE EVALUATION OF MR. BIELAWSKI BY A PRIVATE PHYSICIAN AND THAT A COPY OF SAID EVALUATION BE SUBMITTED TO THE COURT WHEN COMPLETED. ( Signed by JUDGE STEWART DALZELL ), 9/24/93 entered and copies mailed. (jh) [Entry date 09/24/93] |
| 10/1/93 | 551 | MOTION BY JOSEPH BIELAWSKI TO MODIFY CONDITIONS OF RELEASE, CERT. OF SERVICE (jh) [Entry date 10/01/93] |
| 10/1/93 | 554 | ORDER GRANTING [551-1] MOTION TO MODIFY CONDITIONS OF RELEASE AS TO JOSEPH BIELAWSKI (2), DEFT'S RELEASE CONDITIONS ARE MODIFIED TO PROVIDE THAT HE SHALL NOT BE REQUIRED TO REPORT IN PERSON BUT MAY DO SO BY TELEPHONE, ONE DAY PER WEEK TO U.S. PRETRIAL SERVICES. ( Signed by JUDGE STEWART DALZELL ), 10/4/93 entered and copies mailed. (rs) [Entry date 10/04/93] |
| 10/21/93 | 587 | Amendment to Guilty Plea Agreement as to JOSEPH BIELAWSKI, CAROL BIELAWSKI (jh) [Entry date 10/22/93] |
| 11/9/93 | 600 | ORDER DATED 11/9/93 GRANTING [66-1] MOTION FOR RECONSIDERATION OF [47-1] DETENTION ORDER AS TO JOSEPH BIELAWSKI (2). ( Signed by JUDGE STEWART DALZELL ), 11/9/93 entered and copies mailed. (jh) [Entry date 11/09/93] |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

11/29/93 615 MOTION BY USA AS TO JOSEPH BIELAWSKI FOR ENTRY OF ORDER OF FORFEITURE (jh) [Entry date 11/30/93]

12/14/93 625 ORDER DATED 12/14/93 GRANTING [615-1] MOTION FOR ENTRY OF ORDER OF FORFEITURE AS TO JOSEPH BIELAWSKI (2). ( Signed by JUDGE STEWART DALZELL ), 12/14/93 entered and copies mailed. (jh) [Entry date 12/14/93]

1/21/94 657 MOTION BY JOSEPH BIELAWSKI FOR DEPARTURE FROM SENTENCING GUIDELINES UNDER USSG SECTION 5 K 2.0, CERT. OF SERVICE. (jh) [Entry date 01/25/94]

1/21/94 658 ORDER DATED 1/21/94 DENYING AS MOOT [657-1] MOTION FOR DEPARTURE FROM SENTENCING GUIDELINES UNDER USSG SECTION 5 K 2.0 AS TO JOSEPH BIELAWSKI (2). ( Signed by JUDGE STEWART DALZELL ), 1/25/94 entered and copies mailed. (jh) [Entry date 01/25/94]

1/21/94 659 MOTION BY USA AS TO JOSEPH BIELAWSKI FOR DEPARTURE FROM SENTENCING GUIDELINES, CERT. OF SERVICE. (jh) [Entry date 01/25/94]

1/21/94 660 ORDER DATED 1/21/94 GRANTING [659-1] MOTION FOR DEPARTURE FROM SENTENCING GUIDELINES AS TO JOSEPH BIELAWSKI (2). ( Signed by JUDGE STEWART DALZELL ), 1/25/94 entered and copies mailed. (jh) [Entry date 01/25/94]

1/21/94 -- Sentencing HELD JOSEPH BIELAWSKI (2) count(s) 1s, 4s, 5s, 7s, 9s, 13s, 17s, 21s, 25s, 29s, 32s-33s, 34s, 36s, 39s, 42s, 44s, 46s, 48s, 50s, 52s, 55s, 58s, 60s, 61s (jh) [Entry date 01/25/94]

1/21/94 661 Minute entry as to JOSEPH BIELAWSKI dated 1/21/94 re Sentencing: Cts. 1s,4s,5s,7s,9s,13s,17s,21s,25s,29s,32s-33s,34s,36s,39s,42s, 44s,46s,48s,50s,52s,55s,58s,60,61s: Imprisonment 140 months to run concurrently; Supervised Release 5 Years to run concurrently; Special Assessment $50. each cont for total of $1250.00; Total Fine $5,000.00. (jh) [Entry date 01/25/94]

1/21/94 662 JUDGMENT OF 1/21/94 AS TO JOSEPH BIELAWSKI (2) count(s) 1s, 4s , 5s , 7s , 9s , 13s , 17s , 21s , 25s , 29s , 32s , 33s , 34s , 36s , 39s , 42s , 44s , 46s , 48s , 50s , 52s , 55s , 58s , 60s , 61s : IMPRISONMENT 140 MONTHS TO RUN CONCURRENTLY; SUPERVISED RELEASE 5 YEARS TO RUN CONCURRENTLY; SPECIAL ASSESSMENT $50.00 EACH COUNT FOR A TOTAL OF $1250.00; TOTAL FINE $5,000.00 ( Signed by JUDGE STEWART DALZELL ), 1/25/94 ENTERED. (jh) [Entry date 01/25/94] [Edit date 01/25/94]

1/21/94 663 ORDER DATED 1/21/94 AS TO JOSEPH BIELAWSKI THAT THE EXECUTION OF THE PRISON SENTENCE IS SUSPENDED UNTIL 2/15/94. ( Signed by JUDGE STEWART DALZELL ), 1/25/94 ENTERED. (jh)

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

[Entry date 01/25/94] [Edit date 01/25/94]

| | | |
|---|---|---|
| 1/24/94 | 665 | USM 285 returned re: on 1/21/94 served Order of Forfieture on Third Federal Savings and Loan Assoc. as to JOSEPH BIELAWSKI, CAROL BIELAWSKI. (rs) [Entry date 01/25/94] |
| 1/25/94 | 668 | ORDER DATED 1/25/94 AS TO JOSEPH BIELAWSKI THAT IN ORDER TO CORRECT A TYPOGRAPHICAL OMISSION IN THE 1/21/94 JUDGMENT ORDER, IT IS ORDERED THAT THE 1/21/94 ORDER IS AMENDED TO ADD A REFERENCE TO COUNT 44, A VIOLATION OF 21:843(b), IN THE LISTING OF OFFENSES ON PAGE 1.01 AND IN THE SCHEDULE OF COUNTS AND FINANCIAL PENALTIES ON PAGE 4. ( Signed by JUDGE STEWART DALZELL ), 1/26/94 ENTERED. (jh) [Entry date 01/26/94] |
| 2/1/94 | -- | DISMISSAL of Count(s) on Government Motion as to JOSEPH BIELAWSKI: Counts Dismissed: JOSEPH BIELAWSKI (2) count(s) 50. (rs) [Entry date 02/01/94] |
| 6/15/94 | 722 | MOTION BY USA AS TO JOSEPH BIELAWSKI FOR FINAL ORDER OF FORFEITURE. (jh) [Entry date 06/16/94] |
| 7/5/94 | 725 | FINAL ORDER DIRECTING FORFEITURE OF PROPERTY AS TO JOSEPH BIELAWSKI. ( Signed by JUDGE STEWART DALZELL ), 7/5/94 entered and copies mailed. (jh) [Entry date 07/05/94] |
| 10/28/94 | 740 | MOTION BY USA AS TO JOSEPH BIELAWSKI TO IMPOUND PLEA AGREEMENT, CERT. OF SERVICE. (rs) [Entry date 10/31/94] |
| 10/28/94 | 741 | ORDER GRANTING [740-1] MOTION TO IMPOUND PLEA AGREEMENT AS TO JOSEPH BIELAWSKI (2). THE CLERK SHALL SEAL AND IMPOUND ALL DOCUMENTS IN THIS CASE, OTHER THAN THE SUPERSEDING INDICTMENT UNTIL FURTHER ORDER OF THE COURT. ( Signed by JUDGE STEWART DALZELL ), 10/31/94 entered and copies mailed. (rs) [Entry date 10/31/94] |
| 1/9/95 | 749 | TRANSCRIPT of Sentencing Hearing filed in case as to JOSEPH BIELAWSKI for dates of 1/21/94. (ldb) [Entry date 01/10/95] |
| 12/23/97 | 823 | ORDER DATED 12/23/97 THAT THE JUDGMENT OF 1/21/94 IS AMENDED TO PROVIDE THE FOLLOWING RECOMMENDATION TO THE BUREAU OF PRISONS: THE DEFT. SHOULD, IF AT ALL POSSIBLE, BE PLACED AT A PRISON CAMP AT FCI-FORT DIX, FCI-FAIRTON OR, IN ANY EVENT, AS CLOSE TO PHILA. AS POSSIBLE. ( SIGNED BY JUDGE STEWART DALZELL ), 12/24/97 ENTERED. 12/23/97 COPIES FAXED BY CHAMBERS. (jh) [Entry date 12/24/97] |

Proceedings include all events.
2:92cr486-2 USA v. DEMARCO, et al CLOSED SEALED

| | | |
|---|---|---|
| 5/22/00 | 843 | PRO SE MOTION by JOSEPH BIELAWSKI TO MODIFY SENTENCE TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC 2255. (Civil Action # 00-2596) (cmc) [Entry date 05/22/00] |
| 6/13/00 | 844 | ORDER DATED 6/12/00 THAT THE GOVT. SHALL RESPOND TO THE PETITION FOR WRIT OF HABEAS CORPUS OF JOSEPH BIELAWSKI BY 6/30/00. ( SIGNED BY JUDGE STEWART DALZELL ), 6/13/00 ENTERED AND COPIES MAILED. 6/12/00 COPY FAXED BY CHAMBERS. (jh) [Entry date 06/13/00] |
| 6/23/00 | 845 | ORDER DATED 6/23/00 AS TO JOSEPH BIELAWSKI [843-1] TERMINATING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 USC 2255. THE DEFENDANT IS IN CUSTODY IN WHITE DEER, UNION COUNTY, WHICH LIES WITHIN THE MIDDLE DISTRICT OF PENNSYLVANIA. THIS PETITION IS TRANSFERRED TO THE MIDDLE DISTRICT PURSUANT TO 28 U.S.C. 2241(d) AND THIS CASE IS CLOSED STATISTICALLY. (SIGNED BY JUDGE STEWART DALZELL), 6/26/00 ENTERED AND COPIES MAILED AND FAXED. (lb) [Entry date 06/26/00] |

FILED JUN 23 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH BIELAWSKI : CIVIL ACTION
: 3:CV00-1497 Cr. 92-486-02
v. :
:
UNITED STATES OF AMERICA : NO. 00-2596

ORDER

AND NOW, this 23rd day of June, 2000, upon consideration of petitioner's motion to modify his sentence (docket entry no. 843 in Crim. No. 92-486-02), and the Court finding that:

(a) In 1994, we sentenced Bielawski to 140 months' imprisonment for conspiracy to distribute cocaine and recommended that the Bureau of Prisons "BOP" place him in a drug treatment program;

(b) In the instant motion, Bielawski asks that we order the BOP to reduce his length of confinement pursuant to 18 U.S.C. § 3621(e)(2)(B)[1] and place him in a halfway house pursuant to 18 U.S.C. § 3621(b);

(c) Because Bielawski is challenging the duration and location of his confinement as determined by the BOP rather than the lawfulness of the judgment of sentence itself, we will construe his motion as one under 28 U.S.C. § 2241, see, e.g., Ferrante v. United States Bureau of Prisons, 990 F. Supp. 367, 370

---

[1] This provision allows the BOP to reduce by up to one year the prison term of an inmate who successfully completes a substance abuse treatment program.

ENTERED
JUN 26 2000

(D.N.J. 1998) ("Petitioner does not dispute the validity or legality of his sentence; instead, Petitioner claims that the BOP erroneously calculated the duration of his sentence under § 3585(b). Therefore, I shall treat Petitioner's request as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241."); Chambers v. Holland, 920 F. Supp. 618, 620 (M.D. Pa.), aff'd, 100 F.3d 946 (3d Cir. 1996) (construing a habeas corpus petition filed under § 2255 as one under § 2241 where petitioner's "disagreement [lay] not with the sentence imposed by [the judge], but with the BOP's computation of that sentence"); see also Treglia v. Beeler, 82 F. Supp. 2d 297, 298 (D.N.J. 1999) (treating a challenge to the BOP's decision under § 3621 as a petition under § 2241);

(d) Petitions under § 2241 are to be brought in the district where the petitioner is confined, see, e.g., United States v. Kennedy, 851 F.2d 689, 690 (3d Cir. 1988); United States v. Jack, 774 F.2d 605, 607 n.1 (3d Cir. 1985); and

(e) Thus, because Bielawski is in custody in White Deer, Union County, which lies within the Middle District of Pennsylvania, see 28 U.S.C. § 118(b), we will transfer his petition to the Middle District pursuant to 28 U.S.C. § 2241(d);

It is hereby ORDERED that:

1. The Clerk shall TRANSFER this matter to the District Court for the Middle District of Pennsylvania; and

2. The Clerk shall CLOSE this case statistically.

BY THE COURT:

Stewart Dalzell, J.

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6/23/00
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA