Mr. Joseph Bielawski
Reg. No. 46373-066
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa. 19105

Kosik MS
2
9/15/0
FILED
SCRANTON
SEP 14 2000
PER KMY
DEPUTY CLERK

Clerk of Court United States District Court
for the Middle District of Pennsylvania
Scranton Office
P.O. Box 1148
Scranton, Pa. 18501

September 11, 2000

Re: 3:00-cv-01497 Bielawski v. USA
Judge: Edwin M. Kosik

Dear Clerk,

Enclosed please find a copy of a prior communication informing you that I have been transferred to the Eastern District of Pennsylvania. I mistakenly sent this letter to the Harrisburg office and am not sure that it was forwarded to you.

I am in receipt of your letter of August 23, 2000 which is addressed to me at the White Deer address. Please note my new address. Thank You for your attention and response.

Sincerely,

Joseph Bielawski

Joseph Bielawski

Mr. Joseph Bielawski
Reg. No. 46373-066
FDC Philadelphia
P.O. Box 562
Philadelphia, Pa. 19105

Clerk of the Court
Middle District of Pennsylvania
Harrisberg, Pa.

August 08, 2000

Re: Joseph Bielawski v U.S.A./Civ. 00-2596(EDPa)-Crim No. 92-486-02

Dear Clerk,

I am the defendant in the above referenced matter. The purpose of this letter is inquire into the status of this case.

It is my understanding and information that this case was transferred to your court per Order of Judge Stewart Dalzell, U.S. District Court Judge, Eastern District of Pennsylvania, Philadelphia Div. (See attached Order).

I wish to inform you that I am now confined at FDC Philadelphia. I have notified Judge Dalzell of the change in my place of confinement and have requested - in light of such - that he recind his Order transferring this case to your district. (See attached letter).

If this case is still in your court, please note my change of address and advise me as to the case number assigned by your court and the judge or court to which this matter has been assigned.

Thank You for your assistance.

Joseph Bielawski

Joseph Bielawski